1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re Rule 45 Subpoena Directed to eNom, Inc.

Case No.: 2:21-mc-00025-RSL

Related Case No. 2:19-cv-02746-DWL
U.S. District Court, District of Arizona

**ORDER GRANTING DEFENDANT
GODADDY.COM, LLC'S MOTION
FOR LEAVE TO FILE EXHIBIT
UNDER SEAL**

[PROPOSED] ORDER GRANTING DEFENDANT
GODADDY.COM, LLC'S MOTION FOR LEAVE TO FILE
EXHIBIT UNDER SEAL - 1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Upon consideration of Defendant GoDaddy.com, LLC's Motion for Leave to File Exhibit Under Seal, and having good cause therefor,

IT IS HEREBY ORDERED that the Motion to File Exhibit Under Seal is GRANTED. Exhibit A to the Declaration of Paula L. Zecchini in support of the Motion to Compel Response to Rule 45 Subpoena Directed to eNom, Inc. (Dkt. # 3) shall remain under seal.

Dated this 1st day of March, 2021.

*Mr S Lasnik*

Robert S. Lasnik

United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT
GODADDY.COM, LLC'S MOTION FOR LEAVE TO FILE
EXHIBIT UNDER SEAL - 2

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000