UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re Rule 45 Subpoena Directed to Enom, Inc.<br><br>Underlying Action:<br>*Sitelock, LLC v. GoDaddy.com LLC*, Case No. C19-2746DWL (D. Ariz.). | Cause No. MC21-0025RSL<br><br>ORDER COMPELLING COMPLIANCE |

This matter comes before the Court on GoDaddy.com's motion to compel third-party eNom, Inc., to respond to a Rule 45 subpoena. Dkt. # 1. The motion is unopposed and, therefore, GRANTED. Enom, Inc., shall produce all documents in its possession, custody, and/or control responsive to the subpoena within fourteen days of the date of this Order.

Dated this 18th day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER COMPELLING COMPLIANCE - 1